**ASK LLP**
Joseph L. Steinfeld, Jr.
Kara E. Casteel
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone: (651) 406-9665
E-mail: kcasteel@askllp.com

**REED & ELMQUIST, P.C.**
David W. Elmquist SBT #06591300
501 N. College Street
Waxahachie, TX 75165
Telephone: (972) 938-7399
Email: delmquist@bcylawyers.com

Edward E. Neiger
151 West 46th Street, 4th Fl.
New York, NY 10036
Telephone: (212) 267-7342
E-mail: eneiger@askllp.com

*Counsel for Diane G. Reed, as Chapter 7 Trustee*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>BFN OPERATIONS LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 16-32435-BJH-7 |

## TRUSTEE'S FIFTH MOTION TO APPROVE SETTLEMENTS OF AVOIDANCE ACTIONS PURSUANT TO FED. R. BANKR. P. 9019

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE BANKRUPTCY COURT, 1100 COMMERCE STREET, ROOM 1254, DALLAS, TEXAS 75242, ON OR BEFORE CLOSE OF BUSINESS TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE MUST BE IN WRITING AND FILED WITH THE CLERK. A COPY MUST BE SERVED UPON COUNSEL FOR THE TRUSTEE PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED, A HEARING WILL BE HELD WITH NOTICE ONLY TO THE RESPONDING PARTY.**

**IF NO RESPONSE IS TIMELY FILED, THE RELIEF REQUESTED MAY BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT WITHOUT CONDUCTING A HEARING.**

TO THE HONORABLE BARBARA J. HOUSER, U. S. BANKRUPTCY JUDGE:

Diane G. Reed, the duly-appointed Chapter 7 Trustee (the "Trustee") of BFN Operations,

LLC ("BFN Operations" or the "Debtor") in the above-captioned chapter 7 case, by and through

counsel, files this *Trustee's Fifth Motion to Approve Settlements of Avoidance Actions Pursuant to Fed. R. Bankr. P. 9019* (the "Settlement Motion"), and in support thereof would respectfully show as follows:

## I.    Jurisdiction and Venue

1.    The Court has jurisdiction to consider the relief requested herein under 28 U.S.C. § 1334(b) and the standing order of reference of the District Court. This Settlement Motion concerns the compromise and settlement of claims of the estate. It is, therefore, a core proceeding under 28 U.S.C. § 157(b)(2)(A).  Venue is proper under 28 U.S.C. § 1409.

## II.    Introductory Statement

2.    In support of this Settlement Motion the Trustee has attached hereto as **Exhibit A** her affidavit ("Trustee Reed's Affidavit") which sets forth the factual basis and business justification for the settlements described *infra*.

## III.    Summary of Settlements

3.    By this Settlement Motion, the Trustee is seeking this Court's approval for the compromise and settlement of certain avoidance actions (the "Avoidance Actions") filed pursuant to sections 547 – 550 of the Bankruptcy Code against nine (9) defendants (the "Settling Parties"). An exhibit containing the name of each Settling Party, the total amount of the transfers received by each Settling Party, and the amount paid or to be paid by each Settling Party to the Trustee in settlement of each Avoidance Action ("Settlement Amount"), is attached as **Exhibit 1** to Trustee Reed's Affidavit.  As reflected in Exhibit 1 to Trustee Reed's Affidavit, the Settlement Amount is at least 65% of the Net Preference Amount.

## IV.    Factual and Procedural Background

4.    On June 17, 2016 (the "Petition Date") BFN Operations and affiliated entities

(collectively, the "Debtors")[1] (collectively, the "Bankruptcy Cases"), filed voluntary petitions for relief in this Court under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. § 101 et seq. (the "Bankruptcy Code").

5.      On June 21, 2016, the Court entered an order authorizing the joint administration of the chapter 11 cases for procedural purposes only.[2]

6.      On January 20, 2017, the Court entered an order converting the Debtors' cases to cases under chapter 7 of the Bankruptcy Code (the "Conversion Order") [D.I. 559], and the Trustee was appointed as Chapter 7 Trustee in the Bankruptcy Cases.

7.      On March 3, 2017, the Trustee filed an application (the "Employment Application") pursuant to §§ 327 and 328(a) of the Bankruptcy Code to employ ASK LLP ("ASK") as special counsel to investigate and to seek recovery of preferential transfers and other avoidable transfers made by BFN Operations.  The services performed by ASK and the terms and conditions of their employment are set forth in an engagement letter agreement between the Trustee and ASK, dated February 23, 2017 (the "Engagement Letter").

8.      On March 30, 2017 this Court entered an order approving the Employment Application pursuant to §§ 327 and 328(a) of the Bankruptcy Code and the Engagement Letter.

9.      Pursuant to the terms of the Engagement Letter, ASK undertook a detailed and in-depth analysis of preference claims and prepared a report for the Trustee regarding same. ASK thereafter sent out over 100 demand letters to potential preference defendants, and between June 12, 2018 and June 15, 2018 filed avoidance actions against certain preference defendants whose

---

[1] The five debtors in these cases and the last four digits of each Debtor's federal tax identification number are as follows:  BFN Operations LLC (3891); BFN Properties LLC (4117); BFN Holdings, LLC (3817); BFN Property Management LLC (4048); and BFN Investment Holdings LLC (6330).  The Debtors' principal place of business was located at 8700 Freeport Parkway, Ste. 100, Irving, Texas  75063.  On or about June 26, 2017, all of the Debtors' cases other than that of BFN Operations were closed as "no asset."
[2] D.I. 39.

preference actions remained outstanding as of June 12, 2018. ASK engaged in settlement negotiations on behalf of the Trustee both prior to and subsequent to filing suit. These settlement negotiations with the defendants were done in accordance with settlement parameters set by the Trustee. Through these negotiations the Trustee was able to enter into settlement agreements with the Settling Parties. The basic terms of these settlements (the "Proposed Settlements") are as follows: in exchange for the Trustee's receipt of the Settlement Amount listed on Exhibit 1 to Trustee Reed's Affidavit, which is attached hereto as **Exhibit A**, the Trustee will release any and all claims against each Settling Party relating to the transfers by BFN Operations to the Settling Party and will dismiss with prejudice the subject Avoidance Actions.

### V.    Relief Requested and Basis for Relief

10.    Pursuant to Bankruptcy Code sections 547, 548, 550, and 704(a), the Trustee is authorized and has standing to investigate, pursue, commence, prosecute, compromise, settle, or otherwise resolve certain causes of action under chapter 5 of the Bankruptcy Code, including the Avoidance Actions for which the Trustee now seeks the Court's settlement approval.

11.    Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure the Trustee requests the Court's approval of the Proposed Settlements with the Settling Parties of the Avoidance Actions, as described above.   Federal Rule of Bankruptcy Procedure 9019(a) provides, in pertinent part, that "on motion by the trustee and after notice and a hearing, the court may approve a compromise or settlement."

12.    In the Fifth Circuit, *In re Foster Mortg. Corp.*, 68 F.3d 914, 917-918 (5th Cir. 1994), and *In re Cajun Elec. Power Cooperative, Inc.*, 119 F.3d 349, 355-56 (5th Cir. 1997), provide enumerated factors this Court must consider in evaluating a motion under Bankruptcy Rule 9019, which include:

"(1) The probability of success in the litigation, with due consideration for the uncertainty in fact and law,

(2) The complexity and likely duration of the litigation and any attendant expense, inconvenience and delay, and

(3) All other factors bearing on the wisdom of the compromise," [which includes]

    a) "the amount of creditor support . . . as a way to show deference to the reasonable views of the creditors;" and

    b) "the extent to which the settlement is truly the product of arms-length bargaining, and not fraud or collusion."

*Foster Mortg. Corp.*, 68 F.3d 914, 917-918 (*internal citations omitted*). Each of the foregoing factors is discussed below in the context of these Proposed Settlements.

## A. Trustee's Probability of Success; Uncertainty of Outcome

13.    Based upon advice of her counsel, ASK, the Trustee believes she has meritorious claims and that she should prevail on each of these claims if the Avoidance Actions are prosecuted to judgment. However, the Trustee agreed to each Proposed Settlement based on a variety of factors, including the evaluation of Bankruptcy Code section 547(c) defenses to the underlying claims, which could reduce the amount recoverable from the gross amount demanded. Additionally, the outcome is far from certain, and even meritorious claims bear risk of an unexpected outcome at trial, especially concerning the asserted affirmative defenses of the Settling Parties. The Proposed Settlements with the Settling Parties eliminate this outcome risk.

## B. Complexity and Duration of Litigation; Attendant Expense and Delay

14.    The Proposed Settlements will eliminate the potentially high costs of litigation, which may include fact and expert witnesses. Collectability issues were also considered, as prompt and voluntary payments by the Settling Parties result in immediate and certain payment to the Trustee, whereas the collectability of any judgment obtained via dispositive motion

practice or trial and after significant time has passed from the initial demand date is far from certain. Additionally, if the Trustee were to continue to litigate to collect the full amount the Trustee has demanded in order to pay timely filed and allowed claims of creditors, litigation costs and expenses would exceed the difference between the amount demanded after defenses and the Settlement Amount.

## C.  Other Factors Bearing on Compromise

### i.        The Interests of Creditors

15.    The settlements are in the best interests of creditors because the Settlement Amounts represents a fair recovery on the preference claims (in light of anticipated §547(c) defenses), resolves the claims without the need for litigation and the attendant litigation costs, and provides assets for distribution to creditors with timely filed and allowed claims.

### ii.       Arms-Length Negotiations

16.    The Proposed Settlements were achieved after arms-length negotiations between counsel for the Trustee and the Settling Parties and/or their counsel.  Based upon the advice of her counsel, the Trustee believes that these settlements are a fair and reasonable resolution of the subject preference claims.

## VI.     Prayer

WHEREFORE, the Trustee respectfully requests an order approving the Proposed Settlements of the Avoidance Actions as set forth herein and authorizing the Trustee to consummate the Proposed Settlements according to their terms.

Dated: January 31, 2019                     Respectfully Submitted,

**ASK LLP**
By:  /s/ *Kara E. Casteel*
Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
Kara E. Casteel, Esq., MN SBN 0389115
ASK LLP
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: (651) 289-3846
Fax: (651) 406-9676
Email: kcasteel@askllp.com

*-and-*

Edward E. Neiger, Esq.
151 West 46th Street, 4th Fl.
New York, NY  10036
Telephone: (212) 267-7342
Fax: (212) 918-3427

*-and-*

**REED & ELMQUIST, P.C.**
David W. Elmquist – SBT #06591300
501 N. College Street
Waxahachie, TX 75165
(972) 938-7339
(972) 923-0430 (fax)
Email: delmquist@bcylawyers.com

*Counsel for Diane G. Reed, as Chapter 7 Trustee*

**ASK LLP**
Joseph L. Steinfeld, Jr.
Kara E. Casteel
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone: (651) 406-9665
E-mail: kcasteel@askllp.com

Edward E. Neiger
151 West 46th Street, 4th Fl.
New York, NY 10036
Telephone: (212) 267-7342
E-mail: eneiger@askllp.com

**REED & ELMQUIST, P.C.**
David W. Elmquist SBT #06591300
501 N. College Street
Waxahachie, TX 75165
Telephone: (972) 938-7339
Email: delmquist@bcylawyers.com

*Counsel for Diane G. Reed, as Chapter 7 Trustee*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| BFN OPERATIONS LLC, | Case No. 16-32435-BJH-7 |
| Debtor. | |

## AFFIDAVIT OF DIANE G. REED, TRUSTEE

| | |
|---|---|
| **STATE OF TEXAS** | § |
| | § |
| **COUNTY OF ELLIS** | § |

      **BEFORE ME**, the undersigned authority, on this day personally appeared **DIANE G. REED**, who, after being duly sworn, upon her oath deposed and stated as follows:

      1.     My name is Diane G. Reed. I am more than twenty-one (21) years of age and am competent and authorized to make this Affidavit. I have personal knowledge of the facts set forth herein and they are true and correct.

      2.     This Affidavit is filed in support of my *Fifth Motion to Approve Settlements of Avoidance Actions Pursuant to Fed. R. Bankr. P. 9019* (the "Settlement Motion"), which I instructed my counsel to file.

3. On June 17, 2016 (the "Petition Date"), BFN Operations LLC ("BFN Operations" or the "Debtor") and affiliated entities (collectively, the "Debtors")[1] filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code initiating the above-referenced case with this Court.

4. On June 21, 2016, the Court entered an order authorizing the joint administration of the chapter 11 cases for procedural purposes only.

5. On January 20, 2017, the Court entered an order converting the Debtors' cases to cases under chapter 7 of the Bankruptcy Code. I was thereafter appointed as the Chapter 7 trustee for the Debtors' estates.

6. On March 3, 2017, I filed an application (the "Employment Application") pursuant to §§ 327 and 328(a) of the Bankruptcy Code to employ ASK, LLP ("ASK") as special counsel to investigate and to seek recovery of preferential transfers and other avoidable transfers made by BFN. The services to be performed by ASK and the terms and conditions of their employment are set forth in an engagement letter agreement between the Trustee and ASK, dated February 23, 2017 (the "Engagement Letter") which was attached as an exhibit to the Employment Application.

7. On March 30, 2017, this Court entered an order approving the Employment Application pursuant to §§ 327 and 328(a) and the Engagement Letter.

8. Pursuant to the terms of the Engagement Letter, ASK undertook a detailed and in-depth analysis of preference claims and prepared a report for me regarding same. ASK thereafter sent out on my behalf over 100 demand letters to potential preference defendants, and between June 12, 2018 and June 15, 2018 filed avoidance actions against certain preference defendants whose preference actions remained outstanding as of June 12, 2018. ASK engaged in settlement negotiations on my behalf with the preference defendants both prior to and subsequent to filing suit, in accordance with settlement parameters I set. Through my counsel, ASK, I was able to negotiate settlements with nine of the preference defendants (hereinafter referred to as the "Settling Parties").

9. Pursuant to Bankruptcy Code sections 547, 548, 550, and 704(a), as well as pursuant to the conversion order and my appointment, I am authorized and have standing to investigate, pursue, commence, prosecute, compromise, settle, or otherwise resolve certain causes of action under chapter 5 of the Bankruptcy Code.

10. I have asserted preference claims and, in the alternative, constructively fraudulent transfer claims against the Settling Parties[2] based upon their receipt of transfers from BFN Operations during the ninety (90) day period prior to the Petition Date.

---

[1] The five debtors in these cases and the last four digits of each Debtor's federal tax identification number are as follows: BFN Operations LLC (3891); BFN Properties LLC (4117); BFN Holdings, LLC (3817); BFN Property Management LLC (4048); and BFN Investment Holdings LLC (6330). The Debtors' principal place of business was located at 8700 Freeport Parkway, Ste. 100, Irving, Texas 75063. On or about June 26, 2017, all of the Debtors' cases other than that of BFN Operations were closed as "no asset."

[2] All terms not defined herein shall have those meanings ascribed to them in the Settlement Motion.

11.     On or about May 4, 2018, I made a letter demand through my counsel at ASK upon each of the preference defendants, including the Settling Parties. In the demand letter I offered a 10% discount off of the net preference claim, after each of the preference defendants was offered subsequent new value credit for qualifying new value under 11 U.S.C. § 547(c)(4).

12.     Between June 12, 2018 and June 15, 2018, I filed lawsuits against each of the preference defendants with whom I had not reached a prior resolution of the preference demand through my counsel at ASK.

13.     After a series of offers and counteroffers, I agreed to a payment of the Settlement Amount from each of the Settling Parties, as listed on **Exhibit 1** attached hereto, in exchange for a release of any and all claims held by me in my capacity as Trustee against the Settling Parties relating to the transfers by BFN Operations to the Settling Parties (the "Proposed Settlements"). The Settlement Amount is at least 65% of the Net Preference Amount.[3]

14.     Subject to this Court's approval, I have accepted the Settlement Amounts in satisfaction of my claims against the Settling Parties.

15.     Based upon advice of my counsel at ASK, I believe I have meritorious claims against each of the Settling Parties and that I should prevail on these claims if the Avoidance Actions are prosecuted to judgment. However, I have also been advised by my counsel at ASK that the attendant expense in such litigation and the delay in resolving the Avoidance Actions would be significant. The delay and uncertainty of any eventual litigation and accompanying litigation expenses will be avoided by the Proposed Settlements.

16.     Furthermore, the fees and expenses that would be incurred continuing to litigate the Avoidance Actions would result in additional administrative expenses in the case that would likely exceed the difference between the amount I anticipate recovering (after consideration of available defenses) and the Settlement Amounts.

17.     I believe that compromising and settling the Avoidance Actions is in the best interests of creditors because the Settlement Amounts represent fair recoveries on the Avoidance Actions, resolves the claims without the need for further litigation and the attendant litigation costs, and provides assets for distribution to creditors with timely filed and allowed claims.

18.     The Avoidance Actions were resolved through arms-length negotiations between my counsel at ASK and either the Settling Parties and/or their counsel.

---

[3] "Net Preference Amount" is defined as the total transfers less all applicable new value credit (*i.e.*, credit for subsequent unpaid invoices as well as invoices paid with otherwise avoidable transfers) and appropriate credit for the ordinary course of business defense.

FURTHER SAYETH THE AFFIANT NOT.

DATED: January 31, 2019.

Diane G. Reed, Trustee
501 N. College Street
Waxahachie, TX 75165
(972) 938-7334
(972) 923-0430 (fax)

STATE OF TEXAS        §
                      §
COUNTY OF ELLIS       §

    This instrument was **SUBSCRIBED AND SWORN TO** before me on January 31, 2019 by **DIANE G. REED**, to certify which witness my hand and seal of office.

REGINA BURTON
Notary Public, State of Texas
Comm. Expires 02-23-2022
Notary ID 782969-2

Notary Public, State of Texas

**Exhibit 1**

**Schedule of Settlements Subject to Court Approval**

| Company Name | Adversary Number | Total Transfers | Settlement | Comment |
|---|---|---|---|---|
| BWI Companies, Inc. | 18-03101 | $ 1,072,266.77 | $ 40,000.00 | Settlement is at least a 65% recovery of the Net Preference Amount after defenses under 547(c)(2) and (c)(4). |
| D & D Oil Co. TN, Inc. fdba D&D Oil Co, Inc. | 18-03103 | $ 31,970.32 | $ 3,500.00 | Settlement is at least a 65% recovery of the Net Preference Amount after defenses under 547(c)(2) and (c)(4). |
| David J. Rose dba Rose Transport | 18-03105 | $ 21,226.46 | $ 750.00 | Settlement is at least a 65% recovery of the Net Preference Amount after defenses under 547(c)(2) and (c)(4). |
| Independent Contractor Services, Inc. dba ICS, Inc. | 18-03116 | $ 24,334.87 | $ 16,000.00 | Settlement is at least a 65% recovery of the Net Preference Amount after defenses under 547(c)(2) and (c)(4). |
| Merle Boes, Inc. | 18-03124 | $ 104,703.41 | $ 15,000.00 | Settlement is at least a 65% recovery of the Net Preference Amount after defenses under 547(c)(2) and (c)(4). |
| Orora Visual TX LLC dba IntegraColor | 18-03183 | $ 678,799.57 | $ 249,000.00 | Settlement is at least a 65% recovery of the Net Preference Amount after defenses under 547(c)(2) and (c)(4). |
| Ramon Ramirez dba R & R Transport | 18-03133 | $ 101,410.41 | $ 3,750.00 | Settlement is at least a 65% recovery of the Net Preference Amount after defenses under 547(c)(2) and (c)(4). |
| Spencer Transportation Specialist LLC dba Spencer Transportation Services | 18-03195 | $ 313,172.31 | $ 6,000.00 | Settlement is at least a 65% recovery of the Net Preference Amount after defenses under 547(c)(2) and (c)(4). |

| | | | Settlement is at least a 65% recovery of the Net Preference Amount after defenses under 547(c)(2) and (c)(4). |
|---|---|---|---|
| Stand-By-Personnel, Inc. | 18-03196 | $ 371,298.00 | $ 24,500.00 |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 31, 2019, a true and correct copy of the foregoing *Trustee's Fifth Motion To Approve Settlements Of Avoidance Actions Pursuant To Fed. R. Bankr. P. 9019* was served electronically on all registered ECF users in this case, and by United States first class mail on the attached Service List.

*/s/ Kara E. Casteel*
Kara E. Casteel

Wilson County Tax Collector
PO Box 1162
Wilson, NC 27894

Tennessee Steel Haulers, Inc.
2607 Brick Chruck Pike
Nashville, TN 37207

North Texas Tollway Authority
NTTA
PO Box 660244
Dallas, TX 75266

Dallas County
c/o Linebarger Goggan Blair Sampson LLP
Attn: Laurie Spindler Huffman
2777 N. Stemmons Frwy. Ste. 1000
Dallas, TX 75207

Cantrell's Portable Toilets
1432 Meiser Lane
McMinnville, TN 37110

Arkansas Department of Workforce Svcs.
PO Box 8007
Little Rock, AR 72003

Ford Motor Credit Company LLC
c/o National Bankruptcy Svc. Center
PO Box 62180
Colorado Springs, CO 80962

The Whaley Place
PO Box 160
Forest Hill, LA 71430

Steven Ferguson
124 N. Main Street
Wagoner, OK 74467

KWIK Ice, Inc.
PO Box 186
Ketchum, OK 74349

Fire Services Plus Inc.
Attn: Doug Vandecovering
17675 SW Farmington Rd. #118
Beaverton, OR 97078

Mid-Tenn Water Treatment Co, Inc.
PO Box 40858
Nashville, TN 37204

Walter A. Woods Supply Inc.
PO Box 100
Rossville, GA 30741

Travis Jones
PO Box 636
Gretna, FL 32332

Mark Parkhurst
338 Parkhurst Rd.
McMinnville, TN 37110

Kustom Printing Products
157 Georgia Lane
Smithville, TN 37166

Siteone Landscape Supply
f/k/a John Deere Landscapes
300 Colonial Center Pkwy., Ste. 550
Roswell, GA 30076

Morrison Industrial Equipment
PO Box 1803
Grand Rapids, MI 49501

Hampshire Farms, LLC
14N850 RT. 20
Hampshire, IL 60140

MSC Industrial Supply
75 Maxess Road
Melville, NY 11747

Fred C. Gloeckner, Co., Inc.
550 Mamaroneck Avenue
Harrison, NY 10528

A-Plus Fastners LLC
107 Magness Dr.
McMinnville, TN 37110-1343

Portland General Electric (PGE)
7995 SW Mohawk St./ERC
Tualatin, OR 97062

Rycenga Building Center
c/o Andrew Raffaele
1053 Jackson Street
Grand Haven, MI 49417

Quality Door Company
2481 Van Ommen Dr.
Holland, MI 49424

Western Carolina Forklift, Inc.
6392 Burnt Poplar Ct.
Greensboro, NC 27409

Freeman Creek Equipment
7511 N. US 31
Freesoil, MI 49411

Williams Dorian Arnold
33 Church Street, Apt. #8
Gretna, FL 32332

Northern Safety Co. Inc.
PO Box 4250
Utica, NY 13504-4250

HPS Pipe Supply, Inc.
PO Box 890
Cornelius, OR 97113

Integracolor, LLC
Attn: Kathy Luckey
3210 Innovative Way
Mesquite, TX 75149

Preferred Chevrolet Buick GM
1701 S. Beacon Blvd.
Grand Haven, MI 49417

Rodrigo Cortez
1950 Ike Adcock Road
Smithville, TN 37166

CNH Industrial Capital America LLC
CNH Capital America LLC
PO Box 3600
Lancaster, PA 17604

Tennessee Department of Revenue
c/o Attorney General
PO Box 20207
Nashville, TN 37202-0207

BWI Companies, Inc.
c/o McNally-Patrick LLP
Attn: Glen Patrick
100 E. Ferguson, Ste. 400
Tyler, TX 75702

Uline Shipping Supplies
12575 ULine Drive
Pleasant Prairie, WI 53158

AGCO Finance, LLC
PO Box 2000
Johnston, IA 50131

Ferguson Enterprises, Inc.
3108 S. Memorial Drive
Greenville, NC 27834

Stand-By Personnel, Inc.
c/o Timothy L. Rogers
110 W. 7th St., Ste. 900
Tulsa, OK 74119

Hatfield Spraying Service, Inc.
18155 120th
P.O. Box 8
Nunica, MI 49448

Nina L. Washington
3406 E 35th Street
Kansas City, MO 64128

Marcelino R. Martinez
4270 Ellis Ln
PO Box 1064
Bailey, NC 27807

James Scott Lucas
Lucas Lawn Care
5422 Carr Road
Wilson, NC 27893

Jason Lee Miller
c/o Margie Rigsby Miller, Esq.
109 N. Spring St.
McMinnville, TN 37110

XPO Logistics
c/o Joseph Lain
13777 Ballantyne Corporate Place
Suite 400
Charlotte, NC 28277

Parker Davis Co, Inc.
2310 N. Tryon St.
Charlotte, NC 28206

Wilson Trailers Sales – Service
PO Box 3637
Wilson, NC 27895

Louisiana Forest Seed Co. Inc.
303 Forestry Road
Lecompte, LA 71346

Greenmark Equipment, Inc.
4098 M-40
Holland, MI 42423

Jones Electric Company
1965 Sanford Street
Muskegon, MI 49441

N-L Business Systems, Inc.
PO Box 459
Livingston, TN 38570

Victor Miguel Godinez Juarez
9962 West Green Hill Rd.
Smithville, TN 37166

James Serrano
184 Sawmill Rd.
McMinnville, TN 37110

Greenier Side Nursery
c/o Michael Kelly Johnson
644 Parkhurst Rd.
McMinnville, TN 37110

Pedro Carrillo Mata
587 Talley Rd.
Smithville, TN 37166

Gilberto G. Muniz
7024 Short Mountain Hwy.
Smithville, TN 37166

Erasmo Godinez
6451 Short Mountain Hwy.
Smithville, TN 37166

Rocio Soto
4091 Short Mountain Hwy.
Smithville, TN 37166

Miguel Soso
6451 Short Mountain Hwy.
Smithville, TN 3766

Julian Guerrero Soto
185 Meridian Drive
Smithville, TN 37166

Victor G. Avalos
7052 Short Mountain Rd.
Smithville, TN 37166

Kathy Kaye Cantrell
1405 Underhill Rd.
Smithville, TN 37166

Carolina Telephone and Telegraph, LLC
d/b/a CenturyLink
CenturyLink Communications Bankruptcy
1801 California St., Rm 900
Denver, CO 80202

Norberto Guzman
7024 Short Mountain Hwy.
Smithville TN 37166

Jose Gonzalez
2044 Alva Jones Rd.
Rock Island, TN 38581

J. Guadalupe Godinez-Soto
265 Banks Pisgah Rd.
Smithville, TN 37166

Anita Hendrix
195 Poplar St.
Smithville, TN 37166

David Kilgore
4245 Blue Springs Rd.
Smithville, TN 37166

Mauro Cruz Ponce
2317 Bluff Springs Rd.
McMinnville, TN 37110

Leonardo Cortez
1108 Big Woods Rd.
Smithville, TN 37166

Ronnie Arnold
d/b/a Lay A Farm Nursery
270 V.L. Wilson Loop
Smithville, TN 37166

Fidel Godinez
6048 AB Finacier Rd.
Smithville, TN 37166

Jose Luis Uvalle
4833 W. Green Rd.
McMinnville, TN 37110

Wilson Immediate Care PA
PO Box 3468
Wilson ,NC 27895

Jewel's Construction
7592 McMinnville Hwy.
Smithville, TN 37165

Wagoner Lumber Company, Inc.
Tahlequah Lumber Company, Inc.
1701 Park Hill Rd.
Tahlequah, OK 74464

Law Office of Michael R. Green, PLLC
c/o Michael Green
3739 E. 31st Street
Tulsa, OK 74135

City of Wilson/Wilson Energy
PO Box 10
Wilson, NC 27894

Jeffery Hall
c/o Brian R. Berry
Berry – Otterson, PLLC
2230 East 49th St., Ste. A
Tulsa, OK 74105

Estella Falcon
c/o Brian R. Berry
Berry – Otterson, PLLC
2230 East 49th St., Ste. A
Tulsa, OK 74105

Vioney Sierra
c/o Brian R. Berry
Berry – Otterson, PLLC
2230 East 49th St., Ste. A
Tulsa, OK 74105

Edith Marquez
c/o Brian R. Berry
Berry – Otterson, PLLC
2230 East 49th St., Ste. A
Tulsa, OK 74105

Erosto Santana
c/o Brian R. Berry
Berry – Otterson, PLLC
2230 East 49th St., Ste. A
Tulsa, OK 74105

Kenneth W. Roy
c/o Brian R. Berry
Berry – Otterson, PLLC
2230 East 49th St., Ste. A
Tulsa, OK 74105

Christina Balderas-Garcia
c/o Brian R. Berry
Berry – Otterson, PLLC
2230 East 49th St., Ste. A
Tulsa, OK 74105

Briggs Nursery
PO Box 658
Elma, WA 98541

Aim to Please LLC
PO Box 701708
Tulsa, OK 74170

Foliage Plants, Inc.
Attn: Felix Duque
24550 SW 167Ave.
Homestead, FL 33031

Manzanarez Transito
2215 W. Jefferson St., Lot 29
Quincy, FL 32351-1901

Fabiana Mateo Sebastian
PO Box 263
Cookeville, TN 38501

Harris Country, et al
c/o Linebarger Goggan Blair Sampson, LLP
Attn: John P. Dillman
PO Box 3064
Houston, TX 77253-3064

Go For Direct Independence
PO Box 210337
Bedford, TX 76095

Crescent Electric Supply Company
c/o Renee Doane
640 44th Street SW #2
Grand Rapids, MI 49548

Ring Power Corporation
10421 Fern Hill Drive
Riverview, FL 33578

Southeastern Wire Fabricators, Inc.
Tammy Drake
271 Williams Hill Rd.
Hemingway, SC 29554

Ricky Knowles
4908 Jacob Pillar Rd.
Smithville, TN 37166

White's Tire Svc.
PO Box 1469
Wilson, NC 27894

Whittinghill Disposal Svc. Inc.
6000 South Cherokee
Muskogee, OK 74403

CHS, Inc.
4670 Washington St.
Hamilton, MI 49419

Sadler Paper Compny
1 W. Cincinnati Ave.
Muskogee, OK 74401

Landstar Ranger Inc.
Attn: Dawn Bowers
13410 Sutton Park Drive South
Jacksonville, FL 32224

Keys, Tallettris J.
620 South Atlanta Street
Apt. #N228
Quincy, FL 32351

Pearce Worldwide Logistics, Inc.
5120 Virginia Way, Ste. C23
Brentwood, TN 37027

Baxter Bailey
Assignee of Left Coast Logistics
c/o Barbara Brady
1630 Goodman Rd. E., Ste. 3
Southaven, MS 38671

Baxter Bailey
Assignee of OnLine Freight Svcs. Inc.
c/o Barbara Brady
1630 Goodman Rd. E., Ste. 3
Southaven, MS 38671

Speedway LLC
PO Box 1590
Springfield, OH 45501

Waste Industries
c/o RMS
PO Box 361345
Columbus, OH 43236

Nature's Way Nursery of Miami, Inc.
c/o Alison Depew
PO Box 971129
Miami, FL 33197-1129

Randy Lewis
16521 Turner Rd.
Lansing, MI 48906

Blu Site Solutions of N. Carolina, Inc.
257 Castleberry Industrial Dr.
Cumming, GA 30040

NSB, Inc.
437 Ward Blvd.
PO Box 1235
Wilson, NC 27893

Plant Source, Inc.
2029 Sycamore Drive
San Marcos, CA 92069

Jerry T. Bunn Trucking LLC
7164 Flat Rock Rd.
Sims, NC 27880

Rain – Hail, LLC
9200 Northpark Dr., Ste. 300
Johnston, IA 50131

Dealers Electrical Supply
PO Box 2676
Waco, TX 76702

Michigan Gas Utilities Corporation
PO Box 19003
Green Bay, WI 54307

Suburban Propane
240 Route 10 West
Whippany, NJ 07981

New Jersey Turnpike Authority
Law Dept. - c/o Mark Seider
PO Box 5042
Woodbridge, NJ 07095-5042

IBM Corp
c/o Marie-Josee Dube
275 Viger East
Montreal, QC H2Xe$7

Airgas USA LLC
2015 Vaughn Rd., Bldg. 400
Kennesaw, GA 30144

Randall Walker Farms
8240 Manchester Hwy.
Morrison, TN 37357

CNH Industrial Capital America, LLC
P.O. Box 3600
Lancaster PA 17604-3600

Michigan Dept. of Treasury
Bankruptcy Unit
PO Box 30168
Lansing, MI 48909

Monrovia Nursery Company
817 E. Monrovia Place
Azusa, CA 91702

Juan F. Rodriguez
625 Ruth Hildreth Rd.
Smithville, TN 37166

Wood Chips – More, Inc.
PO Box 206
Dardanelle, AR 72834

Adrian Williams
439 N. West St.
Quincy, FL 32351

GAP Factoring, Inc.
For Hooper Trucking, LLC
Attn: Sierra
PO Box 5329
Twin Falls, ID 83303

Weeks Roses
230 Mary Avenue
Gleendale, IN 47025

Grand River Dam Authority
Attn: Legal Dept.
226 West Dwain Willis Ave.
Vinita, OK 74301

Canon Financial Services, Inc.
c/o Platzer, Swergold et al
Attn: Sherri Dl Lydell
475 Park Avenue South, 18th Floor
New York, NY 10016

B-G Supply Co., Inc.
632 W. Broad St.
Smithville, TN 37166

Ferrell Gas
One Liberty Plaza MD 40
Liberty, MO 64068

Semco Energy
Attn: Jamie Bennett
1411 3rd St., Ste. A
Port Huron, MI 48060

C-J Enterprises
PO Box 643
Gentry, AR 72734

Pine Acres Estates Association, LLC
c/o Richard H. Brolick
2877 Judson Road
Spring Lake, MI 49456

Jose L. Moreno
c/o Berry – Otterson, PLLC
Attn: Brian R. Berry
2230 East 49th Street., Suite A
Tulsa, OK 74105

Maria A. Marquez
c/o Berry – Otterson, PLLC
Attn: Brian R. Berry
2230 East 49th Street., Suite A
Tulsa, OK 74105

Tennessee Dept of Revenue
TDOR c/o Attorney General
P.O. Box 20207
Nashville TN 37202

Michigan Dept of Treasury
MI Atty General // Revenue & Collections
P.O. Box 30754
Lansing MI 48909

Angel Coronado
c/o Berry-Otterson, PLLC
Attn: Brian R. Berry
2230 E. 49th St., Ste. A
Tulsa OK 74105

Maria De Gonzalez Ruiz
c/o Berry-Otterson, PLLC
Attn: Brian R. Berry
2230 E. 49th St., Ste. A
Tulsa OK 74105

R.J. Holdings, Inc.
d/b/a Resource Plus, Inc.
Bill Watson
160 Cedar Pointe Dr.
Mooresville NC 28117

OK Dept of Ag, Food & Forestry
Attn: Bennett Abbott
2800 N. Lincoln Blvd.
Oklahoma City OK 73105

Westland Freight, Inc.
2905 NE 157th Ct.
Vancouver WA 98682

Pacific Mulch, Inc.
P.O. Box 60
650 Peter Gill Road
Henderson NC 27536

Sheldon Oil Company, Inc.
2801 Third Street
Tillamook OR 97141

Class C Solutions Group
A Bus. Of MSC Indust Supp.
75 Maxess Road
Melville NY 11747

Autozone, Inc.
P.O. Box 10
Dept. 9003
Memphis TN 38101

C-S Electric Service, LLC
P.O. Box 368
220 N. Ferry St.
Grand Haven MI 49417

Middle TN Natural Gas Util Dist
P.O. Box 670
1036 West Broad Street
Smithville TN 37166

Merle Boes, Inc.
P.O. Box 1887
Holland MI 49422

Kiara Robinson
512 Edrington Ave.
Osceola AR 72370

Total Quality Logistics, LLC
Attn: Joseph Wells
4289 Ivy Pointe Blvd.
Cincinnati OH 45245

Reliable Factors, Inc.
d/b/a H-H Transportation of OKC
1511 Heritage Lane
Florence SC 29505

Anthony Tesselaar USA, Inc.
15200 Mansel Avenue
Lawndale CA 90260

Taimen Transport, LLC
1209 Pointe Centre Dr., Ste 205
Chattanooga TN 37421

D+H Bark, Inc.
6020 N. 27 Road
Manton MI 49663

Blue Dot Solutions, Inc.
1120 Lincoln St., Suite 1507
Denver CO 80203

Jamie Riley
2001 Winoca Rd. SW
Wilson NC 27893

Label Logic, Inc.
c/o Strasburger & Price
Attn: H. Gilles & A Edson
901 Main Street, Suite 4400
Dallas TX 75202

Walter A. Woods Supply Inc.
P.O. Box 100
Rossville GA 30741

Merrill Corporation
One Merrill Circle
Saint Paul MN 55108

Maria J. Garcia
c/o Berry-Otterson PLLC
Attn: Brian R. Berry
2230 E. 49th St., Ste. A
Tulsa OK 74105

ULine Shipping Supplies
12575 Uline Drive
Pleasant Prairie WI 53158

Security Tech. Services
Holland Lock – Safe
503 W. 17th Street
Holland MI 49423

Fastenal Company
2001 Theurer Blvd.
Winona MN 55987

East Coast Equip. LLC
2117 Central Park Drive
Winterville NC 28590

Deere Credit, Inc.
c/o Blalack-Williams PC
Attn: Sharon H. Sjostrom
4851 LBJ Freeway, Ste. 750
Dallas TX 75244

Tulsa Coffee Service, Inc.
d/b/a Java Dave's Exec Coffee
P.O. Box 581238
Tulsa OK 74158

Airgas USA, LLC
110 W. 7th Street
Suite 1400
Tulsa OK 74119

A-A Nursery
Ronnie Alonso
3177 Lyinchburg Rd.
Winchester TN 37398

GOFDI – Go For Direct Indepen.
P.O. Box 210337
Bedford TX 76095

Army-Air Force Exchange Serv.
AAFES-GC-G
3911 S. Walton Walker Blvd.
Dallas TX 75236

United Parcel Service Domestic
c/o RMS (An IQOR Co.)
P.O. Box 361345
Columbus OH 43236

FedEx Corp. Services, Inc.
Of FedEx Express/Ground/Freight
3965 Airways Blvd.
Module G., 3rd Floor
Memphis TN 38116-5017

Nat'l Un Fire Ins Co of Pittsburgh o/b/o
Certain Affiliates of AIG Properties
Attn: Eric Manne
175 Water Street, 15th Floor
NY NY 10038

A.M. Leonard, Inc.
Attn: Debbie
P.O. Box 816
Piqua OH 45356-0816

Potomac Farms Nursery
P.O. Box 579
Shepherdstown WV 25443

Keith Peuse
800 NW Broad St., Suite 8
Murfreesboro TN 37129

Woody G. Hillis
1212 Northcutt Cove Road
McMinnville TN 37110

Cintas First Aid & Safety #418
1108 N. 105th E. Avenue
Tulsa OK 74116

Harrell's, LLC
c/o Bast Amron LLP
Attn: J. Bast & Z. Laux
One SE 3rd Ave., Suite 1400
Miami FL 33131

Jose L. Moreno
c/o Berry-Otterson, PLLC
Attn: Brian R. Berry
2230 E. 49th St., Ste. A
Tulsa OK 74105

2Plant International, LL.c
Attn: Duriya Khinojwala
4996 Foote Road
Medina OH 44256

WT Transfer Holding Co d/b/a
Williams Tractor, Inc.
P.O. Box 1346
Fayetteville AR 72702

Bailey Nurseries, Inc.
1325 Bailey Road
Saint Paul MN 5519-6313

Gadsden County Tax Collector
P.O. Box 817
Quincy FL 32353-0817

Griffin Greenhouse Supplies
Rick Hyslip / Griffin Greenhouse
1619 Main Street
P.O. Box 36
Tewksbury MA 01876

Waste Management
c/o Jacquolyn E. Mills
1001 Fannin Street
Houston TX 77002

Wells Fargo Vendor Financial Serv.
Agent for BOA Leasing Capital
WFVFS Bankruptcy
P.O. Box 13708
Macon GA 31208

Wells Fargo Equipment Finance
WFEF / Attn: Douglas L. Hein
MAC N9300-100
600 S. 4th St., 10th Floor
Minneapolis MN 55415

Angel Coronado
c/o Berry-Otterson, PLLC
Attn: Brian R. Berry
2230 E 49th St., Ste. A
Tulsa OK 74105

DP Brown of Detroit / Motion Indust.
1646 Champagne Dr. N
Saginaw MI 48604

First Medical, LLC
Attn: Mary Alice Ehrlich
1140 Monroe Ave. NW Ste. 150
Grand Rapids MI 49503

Med-1 Holland, LLC
Attn: Mary Alice Ehrlich
1140 Monroe Ave. NW Ste. 150
Grand Rapids MI 49503

Northland Express Transport
Attn: R. Hillegonds & M. Johnson
45 Ottawa Ave., SW, Suite 1100
Grand Rapids MI 49503

C-J Bark Haulers, Inc.
c/o Braun Kendrick Finkbeiner
Attn: David L. Puskar
4301 Fashion Square Blvd.
Saginaw MI 48603

Telnet Worldwide, Inc.
Warner Law Firm
P.O. Box 1055
Troy MI 48099

Wal-Mart Stores, Inc.
Charles B. Hendricks
900 Jackson St., Suite 570
Dallas TX 75202

Life Ins. Co. of N. America
CIGNA—Attn: Mary Jo Shertick
900 Cottage Grove Road, B6LPA
Bloomfield CT 06002

Harrell's, LLC
c/o Bast Amron LLP
Attn: Jeffrey P. Bast, Esq.
1 SE Third Ave., Suite 1400
Miami FL 33131

Crystal Financial LLC as
Term Loan Agent
c/o Proskauer Rose // T Karcher
Eleven Times Square
New York NY 10036

Volvo Financial Serv, a
Division of VFS, US, LLC
Volvo Financial Services
P.O. Box 26131
Greensboro NC 27402

Casa Flora, Inc.
P.O. Box 41140
Dallas TX 75241

PNC Bank, National Association
c/o Robert W. Jones
200 Crescent Court, Suite 1600
Dallas TX 75201

Sogeti USA, LLC
Attn: Matt Huber
10100 Innovation Dr., Suite 200
Dayton OH 45342

Pape Material Handling
7000 SW Sandburg
Tigard OR 97223

Southern Wholesale Nursery
Russell Milstead
786 Northcutt Cove Road
McMinnville TN 37110

Triangle Capital Corp as
Agent for Lenders
Attn: Anna B. Osterhout, Esq.
P.O. Box 2611
Raleigh NC 27602-2611

State of NJ, Div of Taxation
P.O. Box 245
Trenton NJ 08695

Carrie Caforia
5101 S. Cherokee, #607
Muskogee OK 74403

Principal Life Ins. Co, an IA Corp
c/o Principal Real Estate Investors
Attn: Alex Mather
711 High Street
Des Moines IA 50392

Verizon Business Global, LLC
c/o Stinson Leonard Street
Attn: Tracey M. Ohm
1775 Pennsylvania Ave NW Ste 800
Washington DC 20006

Deere Credit, Inc.
John Deere Financial
P.O. Box 6600
Johnston IA 60131

IPFS Corp.
30 Montgomery St., Ste. 1000
Jersey City NJ 07302

L-M Transportation Services, Inc.
Attn: James B. Angell
P.O. Box 12347
Raleigh NC 27605

OK Workers Comp Code
Attn: Eric Odom
P.O. Box 657
Oklahoma City OK 73101

Berry and Berry Acquisitions, LLC
Gable - Gotwals, PC
100 W. Fifth Street, Suite 1000
Tulsa OK 74103

Fishback Nursery, Inc.
c/o Malone Akerly Martin // B Akerly
8750 N. Central Expressway
Suite 1850
Dallas TX 75231

Surface Nursery, Inc.
c/o Malone Akerly Martin // B Akerly
8750 N. Central Expressway
Suite 1850
Dallas TX 75231

Bridgett L. Zanders
2043 Martin Luther King
Quincy FL 32351

C.H. Robinson Worldwide, Inc.
14701 Charlson Road
Eden Prairie MN 55347

Dennis R. Hartman Supply
7274 Mergener Road
Fruitport MI 49415

Locke Supply Co.
Attn: Cheryl Blow
P.O. Box 26128
Oklahoma City OK 73176-0128

BASF Corporation
Attn: D. Fryer
100 Park Avenue
Florham Park NJ 07932

Consumers Energy Company
One Energy Plaza
Jackson MI 49201

Official Cte of Unsec. Creditors
c/o Munsch Hardt Kopf
K Lippman, T Berghman, D Perry
500 N. Akard Street
Dallas TX 75201-6659

Griffin Greenhouse Supplies, Inc.
c/o Ruberto, Israel-Weiner, PC
Attn: Brendan C. Recupero
255 State St., 7th Floor
Boston MA 02109

UPS
c/o Receivable Mgmt Services
P.O. Box 361345
Columbus OH 43236

Label Logic, Inc.
4520 Pine Creek Road
P.O. Box 3002
Elkhart IN 46515

Holland Charter Township
353 North 120th Ave.
Holland MI 49424

Next Level Partners, LLC
2338 Immokalee Road, Suite 415
Naples FL 34110

Consumers Energy Company
Attn: Legal Department
One Energy Plaza
Jackson MI 49201

Occupational Health Centers
P.O. Box 3700
Rancho Cucamanga CA 91729

Greener Side Nursery/E Johnson
Mark Parkhurst
338 Parkhurst Road
McMinnville TN 37110

PNC Bank NA – Lender and Agent
Ronald Eckhoff
2100 Ross Avenue, Suite 1850
Dallas TX 75201

IPFS Corp. Imperial Prem Fin Spec
P.O. Box 730223
Dallas TX 75373

L&M Transportation Services
2925 Huntleigh Dr., Suite 104
Raleigh NC 27604

Sunbelt Rentals
1275 W. Mound St.
Columbus OH 43223

D&H Bark, Inc.
6020 N. 27 Road
Manton MI 49663

B&G Supply Co., Inc.
532 West Broad St.
Smithville TN 37166

East Coast Equipment Co.
P.O. Box 3485
Wilson NC 27893

Sidhu & Sons // Briggs Nursery
P.O. Box 658
Elma WA 98541

Foliage Plants, Inc.
20301 SW 280 Street
Homestead FL 33031

Safety Products Division of
Action Industrial Supply Co.
1840 Sixth St.
Muskegon MI 49441

Heriberto Saenz c/o D. Dwyer
Texas Rio Grande Legal Aid
301 S. Texas Ave.
Mercedes TX 78570

Triangle Capital Corp.
Matthew A. Young
3700 Glenwood Ave., Suite 530
Raleigh NC 27612

Walton Farms
6886 County Hwy 44
Upper Sandusky OH 43351

Cody Huggins
5722 E 82nd St. N
Fort Gibson OK 74434

FL Department of Revenue
P.O. Box 6668
Tallahassee FL 32314-6668

Deans Oil Co., Inc.
P.O. Box 1446
Wilson NC 27894

Noe Escalera
645 SW Liberty Bell Dr.
Beaverton OR 97006

ZZ Acquisitions, LLC
4838 Jenkins Ave.
North Charleston SC 29405

GW Transportation, LLC
William Johnson
1120 Ben Hill Blvd.
Nolensville TN 37135

MO Department of Labor
P.O. Box 59
Jefferson City MO 65104-0059

2 Plant International, LLC
c/o Duriya Dhinojwala
75 East Market Street
Akron OH 44308

Turkey City
280 North River, Suite B
Holland MI 49424

Geneva Health Center
5752 East Main St.
Hillsboro, OR 97123-6895

Verizon
By American InfoSource as agent
4515 N Santa Fe Ave.
OK City OK 73118

Do It Best Corp.
Michael O'Hara / Barrett McNagny
215 East Berry Street
Fort Wayne IN 46802

Arkadin US
c/o Arkadin, Inc.
1501 E Woodfield Rd., Suite 400E
Schaumberg IL 60173

Jason Miller
345 Lassiter Road
Smithville TN 37166

Cimarron Lumber and Supply Co.
Bonnie Park Burry
4000 Main Street
Kansas City MO 64111

US Attorney
1100 Commerce Street
Third Floor
Dallas TX 75242

William G. Johnson
1120 Benhill Blvd.
Nolensville TN 37135

Miguel Soto
6692 Short Mountain Hwy
Smithville TN 37166

Rocio Soto
7024 Short Mountain Hwy
Smithville TN 37166

Ryder Truck Rental, Inc.
Jennifer Morris
6000 Windward Parkway
Alpharetta GA 30005

Victor Miguel Godinez Juarez
237 Big Woods Road
Smithville TN 37166

Jaime Serrano
184 Sawmill Road
McMinnville TN 37110

Office of the U.S. Trustee
1100 Commerce Street, Rm 976
Dallas, TX 75242

934 Third Street
934 Third Street, Ste. 801
Alexandria, LA 71309

Glen Patrick
McNally & Patrick, LLP
100 E. Ferguson Street
Suite 400
Tyler, TX 75702

Roland Gary Jones
Jones & Associates
1325 Avenue of the Americas, 28th Floor
New York, NY 10019

Mark Stromberg
Stromberg Stock
Northpark Center
8750 N Central Expwy, Ste 625
Dallas, TX 75231

Corey S. Tilkens
Hager, Dewick & Zuengler, S.C.
200 South Washington Street, Suite 401
Green Bay, WI 54301

Amanda Timperman-Freda
Mirrione, Shaughnessy & Uitti
323 Manley Street
West Bridgewater, MA 02379

John P. Lewis, Jr.
Law Office of John P. Lewis, Jr.
1412 Main St. Ste. 210
Dallas, TX 75202

Daniel I. Morenoff
P.O. Box 12347
Dallas, TX 75225

Christopher Cheatham
Villeda Law Group
6316 North 10th Street
Building B
McAllen TX 78504

Roy Henson
Spencer Transportation
9238 Frankoma Road
Sapulpa OK 74066

Mathew P. Austria
Austria Shrum LLC
1201 N. Orange Street, Suite 502
Wilmington, DE 19801

Jason T. Rodriguez
Higier Allen & Lautin, P.C.
The Tower at Cityplace
2711 N. Haskell Ave., Suite 2400
Dallas, TX 75204