# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Page: 1

**Case No.:** 16-32435-MVL7-7  
**Case Name:** BFN OPERATIONS LLC  
**For Period Ending:** 06/30/2022

**Trustee Name:** (631510) Diane G. Reed  
**Date Filed (f) or Converted (c):** 01/20/2017 (c)  
**§ 341(a) Meeting Date:** 02/21/2017  
**Claims Bar Date:** 07/10/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Potential preferential transfer/avoidance claims (u)<br>Imported from Amended Doc#: 140 | 0.00 | 1,000.00 | | 1,898,374.04 | FA |
| 2 | 100% equity interests in BFN Property Management LLC (u) | 0.00 | 0.00 | | 0.00 | FA |
| 3 | 100% equity interests in BFN Holdings LLC (u) | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Dekalb Utility District refunds | 0.00 | 30.86 | | 30.86 | FA |
| 5 | IRS refund (u)<br>Ref #BUNCHGRASS BOUGHS 061801002794  Refund excess cash on account | 28,128.00 | 28,128.00 | | 28,128.00 | FA |
| 6 | UPS refund (u) | 1,690.98 | 1,690.98 | | 1,690.98 | FA |
| 7 | Texas Workforce Commission refund (u)<br>Refund of overpayment on account | 3,275.33 | 3,275.33 | | 3,275.33 | FA |
| 8 | State of Alabama business privilege tax refund (u)<br>Refund claim for business privilege tax. | 73.68 | 73.68 | | 73.68 | FA |
| 9 | Verizon Wireless settlement payment (u)<br>Verizon Wireless Settlement Payment | 6.77 | 6.77 | | 6.77 | FA |
| 10 | Frontier Communications refund (u)<br>Account refund | 42.66 | 42.66 | | 42.66 | FA |
| 11 | American Express account rebate (u) | 203.37 | 203.37 | | 203.37 | FA |
| 12 | Marlin Leasing Corp. 2015 property tax refund (u) | 1,141.04 | 1,141.04 | | 1,141.04 | FA |
| 13 | SEMCO Energy credit refunds (u) | 1,000.00 | 1,000.00 | | 2,066.73 | FA |
| 14 | American Express refund - Natalie Kime (u)<br>American Express credit balance refund -- Natalie Kime | 0.00 | 20.00 | | 20.00 | FA |
| 15 | Additional misc. refunds (u) | 0.00 | 2,134.08 | | 6,668.47 | FA |
| 16 | PNC bank account funds/cash on hand (u) | 202,392.32 | 202,392.32 | | 196,185.14 | FA |
| 17 | Key Benefit Administrators account refund (u) | 0.00 | 12,141.13 | | 12,141.13 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case No.:** 16-32435-MVL7-7  
**Case Name:** BFN OPERATIONS LLC  
**For Period Ending:** 06/30/2022

**Trustee Name:** (631510) Diane G. Reed  
**Date Filed (f) or Converted (c):** 01/20/2017 (c)  
**§ 341(a) Meeting Date:** 02/21/2017  
**Claims Bar Date:** 07/10/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 18 | Other bank account funds (original schedules) | 97,368.54 | 97,368.54 | | 0.00 | FA |
| | First State Bank Tahlequah OK - $12,129.67; Comerica Detroit MI - $8,555.87; Southern Bank Mount Olive NC - $11,638.97; Regions Bank Smithville TN - $7,809.44; Capital City Tallahassee FL - $0.00; US Bank St. Paul MN - $18,603.38; Bank of OK Tulsa - $38,631.21 -- This was on the original schedules and was either sold, abandoned or had the stay lifted prior to conversion. | | | | | |
| 19 | Deposits (security & utility) | 3,558,760.00 | 3,558,760.00 | | 0.00 | FA |
| | N Am Ins Chandler OK - $525,000 bond for pending appelleate litigation; Robert Half, LA CA - $33,760 future invoices; Store Capital Scottsdale AZ - $3,000,000 12 months of rent payments. This was on the original schedules and was either sold, abandoned or had the stay lifted prior to conversion. | | | | | |
| 20 | Prepayments | 2,065,021.62 | 2,065,021.62 | | 0.00 | FA |
| | This was on the original schedules and was either sold, abandoned or had the stay lifted prior to conversion. | | | | | |
| 21 | Receivables | 754,593.00 | 754,593.00 | | 0.00 | FA |
| | K-Mart - $721,593; IPFS Corp - $33,000. This was on the original schedules and was either sold, abandoned or had the stay lifted prior to conversion. | | | | | |
| 22 | Work in progress | 69,465,921.19 | 69,465,921.19 | | 0.00 | FA |
| | This was on the original schedules and was either sold, abandoned or had the stay lifted prior to conversion. | | | | | |
| 23 | Inventory | 12,909,165.93 | 12,909,165.93 | | 0.00 | FA |
| | Inventory located at K-Mart facilities - value "unknown." This was on the original schedules and was either sold, abandoned or had the stay lifted prior to conversion. | | | | | |
| 24 | Office furniture | 3,288.51 | 3,288.51 | | 0.00 | FA |
| | This was on the original schedules and was either sold, abandoned or had the stay lifted prior to conversion. | | | | | |
| 25 | Office equipment | 1,477,157.81 | 1,477,157.81 | | 0.00 | FA |
| | This was on the original schedules and was either sold, abandoned or had the stay lifted prior to conversion. | | | | | |
| 26 | Vehicles | 809,512.60 | 809,512.60 | | 0.00 | FA |
| | This was on the original schedules and was either sold, abandoned or had the stay lifted prior to conversion. | | | | | |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case No.:** 16-32435-MVL7-7
**Case Name:** BFN OPERATIONS LLC
**For Period Ending:** 06/30/2022

**Trustee Name:** (631510) Diane G. Reed
**Date Filed (f) or Converted (c):** 01/20/2017 (c)
**§ 341(a) Meeting Date:** 02/21/2017
**Claims Bar Date:** 07/10/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 27 | Other machinery, fixtures and equipment<br>This was on the original schedules and was either sold, abandoned or had the stay lifted prior to conversion. | 521,126.87 | 521,126.87 | | 0.00 | FA |
| 28 | Trademarks and copyrights<br>10 Trademarks and 9 Copyrights listed, all with a value of "unknown." This was on the original schedules and was either sold, abandoned or had the stay lifted prior to conversion. | Unknown | 0.00 | | 0.00 | FA |
| 29 | 2 internet domain names<br>Zelenkafarms.com and berrynurseries.com, both with a listed value of "unknown." This was on the original schedules and was either sold, abandoned or had the stay lifted prior to conversion. | Unknown | 0.00 | | 0.00 | FA |
| 30 | 25 license and royalty agreements<br>This was on the original schedules and was either sold, abandoned or had the stay lifted prior to conversion. | Unknown | 0.00 | | 0.00 | FA |
| 31 | Customer lists<br>This was on the original schedules and was either sold, abandoned or had the stay lifted prior to conversion. | 0.00 | 0.00 | | 0.00 | FA |
| 32 | See Exhibit 11-73 attached. | 0.00 | 0.00 | | 0.00 | FA |
| 33 | Lawsuit v. Sanders Nursery CJ-2014-0108<br>Breach of covenant not to compete -- value "unknown." This was on the original schedules and was either sold, abandoned or had the stay lifted prior to conversion. | Unknown | 0.00 | | 0.00 | FA |
| 34 | Lawsuit v. Berry Acquisitions<br>Breach of non-compete covenants - value "unknown." This was on the original schedules and was either sold, abandoned or had the stay lifted prior to conversion. | Unknown | 0.00 | | 0.00 | FA |
| 35 | IRS refund 2015 F-940 (u) | 17,239.97 | 17,239.97 | | 17,239.97 | FA |
| 36 | Great Lakes Energy refund (u) | 5.45 | 5.45 | | 5.45 | FA |
| 37 | Refund of overpayment of property tax (u) | 14.66 | 14.66 | | 14.66 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 4

**Case No.:** 16-32435-MVL7-7  
**Case Name:** BFN OPERATIONS LLC  
**For Period Ending:** 06/30/2022

**Trustee Name:** (631510) Diane G. Reed  
**Date Filed (f) or Converted (c):** 01/20/2017 (c)  
**§ 341(a) Meeting Date:** 02/21/2017  
**Claims Bar Date:** 07/10/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 38 | Potential theft by former CEO (u)<br>Trustee has determined that there is no claim to pursue. | 982,059.00 | 982,059.00 | | 0.00 | FA |
| 39 | Misc. receivables not scheduled (u) | 32.50 | 32.50 | | 32.50 | FA |
| 40 | Balance of UI Employer Account (u)<br>Refund of credit balance on UI Employer Account | 24,532.86 | 24,532.86 | | 24,532.86 | FA |
| 41 | Unclaimed funds -- Texas (u)<br>Unclaimed funds- Texas comptroller (via Oak Point); Michigan unclaimed funds are now included in Asset #42. | 83,000.00 | 83,000.00 | | 84,074.80 | FA |
| 42 | Remnant assets (known and unknown) (u)<br>Includes unclaimed funds Michigan asset that was previously combined in Asset #41, but sold with remnant assets. | 0.00 | 10,000.00 | | 10,000.00 | FA |
| **42** | **Assets    Totals**    (Excluding unknown values) | **$93,006,754.66** | **$93,032,080.73** | | **$2,285,948.44** | **$0.00** |

**Major Activities Affecting Case Closing:**

7/29/22 -- Trustee's Final Report was submitted to the UST on July 8, 2022.

**Initial Projected Date Of Final Report (TFR):** 04/30/2018  
**Current Projected Date Of Final Report (TFR):** 07/08/2022 (Actual)